192 So.2d 446

**Dorothy Jean CORDER**

v.

**STATE.**

**3 Div. 171–A.**

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.

Gray & Seay, Montgomery, Jack Greenberg and Chas. H. Jones, Jr., New York City, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed, authority of Smith v. State, 280 Ala. 241, 192 So.2d 443. (3 Div. 171).

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.

198 So.2d 269

**Orville D. COUCH**

v.

**STATE.**

**7 Div. 742.**

Supreme Court of Alabama.

Oct. 27, 1966.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., for petitioner.

Orville D. Couch, pro se.

LAWSON, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision in Couch v. State, 43 Ala.App. ——, 198 So.2d 308.

Writ denied.

LIVINGSTON, C. J., and COLEMAN and HARWOOD, JJ., concur.

192 So.2d 447

**Brenda DINSON**

v.

**STATE.**

**3 Div. 171–E.**

Supreme Court of Alabama.

Oct. 27, 1966.

Rehearing Denied Dec. 8, 1966.

Gray & Seay, Montgomery, Jack Greenberg and Chas. H. Jones, Jr., New York City, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

PER CURIAM.

Affirmed, authority of Smith v. State, 280 Ala. 241, 192 So.2d 443. (3 Div. 171).

LIVINGSTON, C. J., and LAWSON, GOODWYN and COLEMAN, JJ., concur.